**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL WILLIAMS, | * | |
| REG. #23291-076, | * | |
| | * | |
| Petitioner, | * | |
| v. | * | |
| | * | No. 2:13CV00083-JJV |
| ANTHONY HAYNES, Warden, | * | |
| FCI- FORREST CITY | * | |
| | * | |
| Respondent. | * | |

## ORDER

The Court has reviewed Petitioner Michael Williams's Petition for Writ of Habeas Corpus

(Doc. No. 1) and the Respondent's Response (Doc. No. 8). Based on the Response, the Court finds

that Mr. Williams's Petition is now moot. If Mr. Williams does not agree, he should file a reply with

the Court within fourteen (14) days of this Order. If no reply is filed within that time, the Petition

(Doc. No. 1) will be DISMISSED as MOOT.

DATED this 17th day of January, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE